No. 763. BRAS *v.* SÁNCHEZ ET AL.—Appeal from the District Court of Mayagüez. Decided October 17, 1911. Appeal withdrawn on motion of appellant. *Mr. José Benet* for appellant. *Mr. José Sabater* for respondent.

---

No. 379. THE PEOPLE *v.* PEÑA ET AL.—Appeal from the District Court of Mayagüez. Decided October 18, 1911. Judgment affirmed. *Mr. Pascasio Fajardo* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 767. EX PARTE IÑIGO.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided October 18, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911, and rule 40 of the Supreme Court. *Mr. Luis Montalvo* for petitioner.

---

No. 766. SOTO ET AL. *v.* PUIG ET AL.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss the appeal. Decided October 18, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the Supreme Court. *Mr. Eduardo Acuña* for petitioners. *Messrs. Landrón* and *Rincón* for respondent.

---

No. 370. THE PEOPLE *v.* LE HARDY.—Appeal from the District Court of San Juan. Decided October 19, 1911. Judgment affirmed. *Mr. Rafael López Landrón* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 770. DELGADO *v.* CAMACHO.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided